UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) |
| | ) |
| **HEATLEY, DAVID S** | ) Bankruptcy Case No. 17-27822 CAD |
| **HEATLEY, LINDSAY A** | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 7, 2019, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

HEATLEY, DAVID S
HEATLEY, LINDSAY A
180 CRIPPLE CREEK COURT
SCHAUMBURG, IL 60194

BARBARA L YONG
GOLAN & CHRISTIE LLP
70 W MADISON SUITE 1500
CHICAGO, IL 60602

Patrick Layng
219 S. Dearborn Street
Room 873
Chicago, IL 60604
Phone: (312) 886-5785
FAX: (312) 886-5794

1   SureDeposit
    c/o Hunter Warfield
    4620 Woodland Corporate Blvd.
    Tampa, FL 33614

2   TD Bank, USA
    by American InfoSource as agent

|   |   |
|---|---|
|   | 4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 |
| 3 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| 5 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| 6 | Precise Printing Network<br>c/o Abrams & Abrams, P.C.<br>180 W. Washington Street, Suite 910<br>Chicago, IL 60602 |
| 7 | DIRECT CAPITAL/DIV. OF CIT BANK<br>155 COMMERCE WAY<br>PORTSMOUTH, NH 03801 |
| 8 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 |
| 9 |   |
| 10 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 |
| 11 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| 12 | Pickwick Associates Limited Partnership<br>c/o Joshua D. Greene<br>300 S. County Farm Rd., Ste. I<br>Wheaton, IL 60187 |

13      Pawnee Leasing Corporation
3801 Automation Way
Suite 207
Fort Collins, CO 80525

     Frank J. Kokoszka
     Kokoszka & Janczur, PC
     19 South LaSalle St., Suite 1201
     Chicago, IL 60603


/s/ ALEX D. MOGLIA
Chapter 7 Trustee
ALEX D. MOGLIA, Trustee
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL 60173
Phone: (847) 884-8282
Fax: (847) 884-1188